UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                        Criminal No. 11-cr-108-01-JL

Juan Diaz

O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; No further continuances without a hearing and a showing of non-routine good cause. Final Pretrial is rescheduled to November 28, 2011 at 3:00 PM; Trial is continued to the two-week period beginning December 6, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: October 14, 2011

cc: Mark Sisti, Esq.
    Helen Fitzgibbon, Esq.
    U.S. Marshal
    U.S. Probation