UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                Criminal No. 11-cr-108-01-JL

Juan Diaz

O R D E R

The assented to motion to reschedule jury trial (document no. 16) filed by defendant is granted; the clerk shall schedule the plea as soon as practicable. Final Pretrial is continued to December 20, 2011, 10 AM; Trial is continued to the two-week period beginning January 4, 2012, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: November 23, 2011

cc: Mark Sisti, Esq.
    Helen Fitzgibbon, Esq.
    U.S. Marshal
    U.S. Probation